IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUPER 8 MOTELS, INC., a South Dakota corporation, | : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION NO. : 1:02-CV-1856-RWS : |
| SUNRISE HOSPITALITY, L.L.C., a Georgia limited liability corporation, et al., | : : : : |
| Defendants. | : |

ORDER

In the Court's Order [23] entered August 9, 2005, the Court granted summary judgment to Plaintiff, and Plaintiff was directed to submit to the Court affidavits setting out its calculation of damages and attorney's fees. Pursuant to that Order, Plaintiff submitted Affidavits [25] to the Court. Based upon the submissions of Plaintiff, the Court awards the following damages to Plaintiff: recurring fees of $39,047.06 plus interest through the date of this Order in the sum of $5,299.94; liquidated damages of $128,000.00 plus interest through the date of this Order in the amount of $95,040.00; and attorney's fees and costs totaling $35,567.67. The Clerk is **DIRECTED** to amend the Judgment [24]

AO 72A

entered in this case so as to reflect Judgment in favor of Plaintiff and against

Defendant in the sum of $302,954.67.

SO ORDERED, this  24th  day of October, 2005.


/s/ Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

2

AO 72A